**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1086**

CAROL JEFFERSON,

              Plaintiff - Appellant,

        v.

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a Amtrak,

              Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District Judge.  (8:15-cv-02275-DKC)

Submitted:  October 18, 2016         Decided:  November 18, 2016

Before NIEMEYER, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leland Alan Stark, Santa Monica, California, for Appellant. Christy Ann Fisher, John Christopher Nosher, BONNER KIERNAN TREBACH & CROCIATA LLP, Annapolis, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol Jefferson appeals the district court's orders dismissing her complaint for insufficient service of process and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Jefferson v. Nat'l R.R. Passenger Corp., No. 8:15-cv-02275-DKC (D. Md. Oct. 21, 2015; Dec. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2